*Jason M. Dodge,* in support of the petition.

Decided May 23, 1990

WILLIAM J. FURKA *v.* COMMISSIONER OF CORRECTION

The petitioner William J. Furka's petition for certification for appeal from the Appellate Court, 21 Conn. App. 298, is denied.

*William J. Furka,* pro se, in support of the petition.

*L. D. McCallum,* assistant attorney general, in opposition.

Decided May 23, 1990

DEBORAH L. STROTHER *v.* RICHARD P. STROTHER

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 806, is denied.

*Richard P. Strother,* pro se, in support of the petition.

Decided May 23, 1990